Nos. 21-13657, 21-13853

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

CITY OF SOUTH MIAMI,
    *Plaintiff-Appellee,*

FLORIDA IMMIGRANT COALITION, INC., FARMWORKER ASSOCIATION OF FLORIDA, INC., FAMILY ACTION NETWORK MOVEMENT, INC., QLATINX, WECOUNT!, INC., ET AL.,
    *Plaintiffs-Appellees-Cross Appellants,*

PHILLIP K. STODDARD,
    *Plaintiff,*

v.

GOVERNOR OF THE STATE OF FLORIDA, ATTORNEY GENERAL, STATE OF FLORIDA,
    *Defendants-Appellants-Cross Appellees.*

On Appeal from the United States District Court for the Southern District of Florida
Case No. 1:19-cv-22927-BB

## PLAINTIFFS-APPELLEES-CROSS APPELLANTS' CONSENT MOTION TO DISMISS CROSS-APPEAL

| | |
|---|---|
| Anne Janet Hernandez Anderson | Kristen E. Loveland |
| Paul R. Chavez | James E. Tysse |
| Christina LaRocca | Juliana C. DeVries |
| SOUTHERN POVERTY LAW CENTER | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 2 S. Biscayne Blvd, Suite 3750 | 2001 K Street NW |
| Miami, FL 33131 | Washington, DC 20006 |
| | (202) 887-4000 |
| | kloveland@akingump.com |

*Counsel for Plaintiffs-Appellees-Cross Appellants*

CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT

Counsel for the Appellees certify that the following is a complete list of interested persons as required by Eleventh Circuit Local Rules 26.1-1 to 26.1-3:

1. Americans for Immigrant Justice, Inc., *Appellee*

2. Akbar, Amna A., *District Court Amicus Curiae*

3. Baluarte, David, *District Court Amicus Curiae*

4. Barry, Caitlin, *District Court Amicus Curiae*

5. Basta, Hannah N., *Counsel for Amicus Curiae State of Georgia*

6. Bell, Daniel, *Counsel for Appellants*

7. Bender, Steven, *District Court Amicus Curiae*

8. Bettinger-Lopez, Caroline, *Counsel for District Court Amicus Curiae*

9. Bingham, Lauren C, *Counsel for District Court Statement of Interest*

10. Bloom, Judge Beth, *U.S. District Court for the Southern District of Florida*

11. Brnovich, Mark, *Counsel for Amicus Curiae State of Arizona*

12. Brodeen, Karen Ann, *Counsel for Appellants*

13. Cameron, Daniel, *Counsel for Amicus Curiae State of Kentucky*

14. Carr, Christopher M., *Counsel for Amicus Curiae State of Georgia*

15. Caulkett, David, *District Court Deposition Testimony Read Into Record*

16. Chan, Linus, *District Court Amicus Curiae*

17. Chavez, Paul R., *Counsel for Appellees*

18. Christmas, Natalie P., *Counsel for Appellants*

19. Churgin, Michael J., *District Court Amicus Curiae*

20. Community Justice Project, *Counsel for Appellees*

21. Cooper, Holly S., *District Court Amicus Curiae*

22. Crapo, Matt A., *Counsel for Amicus Curiae Immigration Reform Law Institute*

23. DeCerchio, Ana, *Deposition Testimony Read Into Record*

24. DeSantis, Ron, *Appellant*

25. Dwyer, Robert Kieran, *Counsel for District Court Amicus Curiae*

26. Eagly, Ingrid, *District Court Amicus Curiae*

27. Ernst, Colleen Maher, *Counsel for Appellants*

28. Evans, Kate, *District Court Amicus Curiae*

29. Executive Office of the Governor of the State of Florida, Office of *Appellant Ron DeSantis*

30. Ezray, Evan, *Counsel for Appellants*

31. Family Action Network Movement, Inc., *Appellee*

32. Farmworker Association of Florida, Inc., *Appellee*

33. Fitch, Lynn, *Counsel for Amicus Curiae State of Mississippi*

34. Fleming, Mark, *Counsel for District Court Amicus Curiae*

35. Florida Immigrant Coalition, Inc., *Appellee*

36. Florida Legal Services, *Counsel for District Court Amicus Curiae*

37. Floridians for Immigration Enforcement, *District Court Deposition Testimony Read Into Record*

38. Greer, Alana J., *Counsel for Appellees*

39. Gualtieri, Robert, *District Court Witness*

40. Guzzo, Elizabeth, *Deposition Testimony Read Into Record*

41. Hajec, Christopher J., *Counsel for Amicus Curiae Immigration Reform Law Institute*

42. Hansen, Jill, *District Court Witness*

43. Harbaugh, Joseph, *District Court Amicus Curiae*

44. Harris, A. Reid, *Counsel for Amicus Curiae State of Alabama*

45. Haskell, Miriam Fahsi, *Counsel for Appellees*

46. Hernandez Anderson, Anne Janet, *Counsel for Appellees*

47. Hernandez, Laura A., *District Court Amicus Curiae*

48. Hines, Barbara, *District Court Amicus Curiae*

49. Hoffman, Geoffrey A., *District Court Amicus Curiae*

50. Hope Community Center, Inc., *Appellee*

51. Hlass, Laila L., *District Court Amicus Curiae*

52. Human Rights Watch, *District Court Amicus Curiae*

53. Hunt, Joseph H., *Counsel for District Court Statement of Interest*

54. Immigration Reform Law Institute, *Amicus Curiae*

55. Jaen, Ulysses, *District Court Amicus Curiae*

56. Keyes, Elizabeth, *District Court Amicus Curiae*

57. Knudsen, Austin, *Counsel for Amicus Curiae State of Montana*

58. Kurzban, Ira, *District Court Amicus Curiae*

59. LaCour Jr., Edmund G., *Counsel for Amicus Curiae State of Alabama*

60. Lai, Annie, *District Court Amicus Curiae*

61. LaRocca, Christina, *Counsel for Appellees*

62. Lee, Jennifer J., *District Court Amicus Curiae*

63. Lichtman, Alan J., *Expert witness for Appellees*

64. Londofio, Oscar Hernan, *Counsel for Appellees*

65. Loveland, Kristen, *Counsel for Appellees*

66. Los Angeles Center for Law and Justice, *District Court Amicus Curiae*

67. Louis, Magistrate Judge Lauren Fleischer, *U.S. District Court for the Southern District of Florida*

68. Lyon, Beth, *District Court Amicus Curiae*

69. Markowitz, Peter L., *District Court Amicus Curiae*

70. Marshall, Steve, *Counsel for Amicus Curiae State of Alabama*

71. Medina, M. Isabel, *District Court Amicus Curiae*

72. Meili, Stephen, *District Court Amicus Curiae*

73. Moody, Ashley, *Appellant*

74. Moore, Jennifer, *District Court Amicus Curiae*

75. Morrisey, Patrick, *Counsel for Amicus Curiae State of West Virginia*

76. M.U.J.E.R., *District Court Amicus Curiae*

77. Mufioz, Laura, *District Court Witness*

78. Myers III, Howard S. (Sam), *District Court Amicus Curiae*

79. National Immigrant Justice Center, District Court Amicus, *District Court Amicus Curiae*

80. O'Connor, John M., *Counsel for Amicus Curiae State of Oklahoma*

81. Office of Attorney General of the State of Florida, *Office of Appellant Ashley Moody*

82. Olson, Daniel, *Deposition Testimony Read Into Record*

83. Oxfam America, *District Court Amicus Curiae*

84. Patel, Anita J., *Counsel for Appellants*

85. Paxton, Ken, *Counsel for Amicus Curiae State of Texas*

86. Peachey, William C., *Counsel for District Court Statement of Interest*

87. Percival, James H., *Counsel for Appellants*

88. Peterson, Doug, *Counsel for Amicus Curiae State of Nebraska*

89. Petrany, Stephen J., *Counsel for Amicus Curiae State of Georgia*

90. Quigley, William, *District Court Amicus Curiae*

91. QLatinx, *Appellee*

92. Ramkumar, Archith, *Counsel for District Court Statement of Interest*

93. Reuveni, Erez, *Counsel for District Court Statement of Interest*

94. Reyes, Maritza, *District Court Amicus Curiae*

95. Reyes, Sean D., *Counsel for Amicus Curiae State of Utah*

96. Rogerson, Sarah, *District Court Amicus Curiae*

97. Rokita, Theodore E., *Counsel for Amicus Curiae State of Indiana*

98. Romero, Victor, *District Court Amicus Curiae*

99. Rosenbaum, Carrie, *District Court Amicus Curiae*

100. Rumbaut, Ruben, *District Court Amicus Curiae*

101. Rutledge, Leslie, *Counsel for Amicus Curiae State of Arkansas*

102. Rural Women's Health Project, *District Court Amicus Curiae*

103. Sanchez, Benjamin Casper, *District Court Amicus Curiae*

104. Schmidt, Derek, *Counsel for Amicus Curiae State of Kansas*

105. Schmitt, Eric, *Counsel for Amicus Curiae State of Missouri*

106. Schmitten, Matthew, *Counsel for Appellees*

107. Sharpless, Rebecca Ann, *Counsel for Appellees*

108. Siegel, Rachel, *Counsel for Appellants*

109. Sinha, Anita, *District Court Amicus Curiae*

110. Southern Poverty Law Center, *Counsel for Appellees*

111. State of Alabama, *Amicus Curiae*

112. State of Alaska, *Amicus Curiae*

113. State of Arizona, *Amicus Curiae*

114. State of Arkansas, *Amicus Curiae*

115. State of Georgia, *Amicus Curiae*

116. State of Indiana, *Amicus Curiae*

117. State of Kansas, *Amicus Curiae*

118. State of Kentucky, *Amicus Curiae*

119. State of Mississippi, *Amicus Curiae*

120. State of Missouri, *Amicus Curiae*

121. State of Montana, *Amicus Curiae*

122. State of Nebraska, *Amicus Curiae*

123. State of Oklahoma, *Amicus Curiae*

124. State of South Carolina, *Amicus Curiae*

125. State of Texas, *Amicus Curiae*

126. State of Utah, *Amicus Curiae*

127. State of West Virginia, *Amicus Curiae*

128. Stumpf, Juliet P., *District Court Amicus Curiae*

129. Su, Rick, *District Court Amicus Curiae*

130. Tahirih Justice Center, *District Court Amicus Curiae*

131. Taylor, Treg R., *Counsel for Amicus Curiae State of Alaska*

132. Teegen, Elizabeth Ann, *Counsel for Appellants*

133. The Center for Gender & Refugee Studies, *District Court Amicus Curiae*

134. The Florida Council Against Sexual Violence, *District Court Amicus Curiae*

135. The Guatemalan-Maya Center, Inc., *Appellee*

136. Thronson, David B., *District Court Amicus Curiae*

137. Torrey, Philip L., *District Court Amicus Curiae*

138. Treuthart, Mary Pat, *District Court Amicus Curiae*

139. Trucios-Haynes, Enid, *District Court Amicus Curiae*

140. Tysse, James, *Counsel for Appellees*

141. United States of America, *District Court Statement of Interest*

142. University of Miami Law School, Immigration Clinic, *Counsel for Appellees*

143. University of Miami Law School, Human Rights Clinic, *Counsel for District Court Amicus Curiae*

144. Vastine, Michael S., *Counsel for District Court Amicus Curiae*

145. Vazquez, Yolanda, *District Court Amicus Curiae*

146. Waldbeser, Drew F., *Counsel for Amicus Curiae State of Georgia*

147. WeCount!, Inc., *Appellee*

148. Wenger, Edward Mark, *Counsel for Appellants*

149. Westminster Presbyterian Church United of Gainesville, Florida, Inc., *Appellee*

150. Whitaker, Henry C., *Counsel for Appellants*

151. Wilson, Alan, *Counsel for Amicus Curiae State of South Carolina*

152. Wiebe, Virgil, *District Court Amicus Curiae*

153. Wishnie, Michael J., *District Court Amicus Curiae*

154. Wizner, Stephen, *District Court Amicus Curiae*

155. Wojcik, Mark E., *District Court Amicus Curiae*

No publicly traded company or corporation has an interest in the outcome of this appeal.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Local Rule 26.1-1, Counsel for the Appellees certify that none of the Appellees are publicly owned corporations or have any parent companies, subsidiaries or affiliates that have issued shares to the public.

## PLAINTIFFS-APPELLEES-CROSS APPELLANTS' CONSENT MOTION TO DISMISS CROSS-APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), and Eleventh Circuit Rule 42-1(a), Appellees-Cross Appellants respectfully move to dismiss their cross-appeal. Appellants-Cross Appellees consent to Appellees' requested relief. The parties agree that each party will bear their own costs associated with the cross-appeal.

Dated: August 12, 2022

Anne Janet Hernandez Anderson
Paul R. Chavez
Christina LaRocca
SOUTHERN POVERTY LAW CENTER
2 S. Biscayne Blvd, Suite 3750
Miami, FL 33131

Respectfully submitted,

s/ *Kristen E. Loveland*
Kristen E. Loveland
James E. Tysse
Juliana C. DeVries
AKIN GUMP STRAUSS HAUER &
 FELD LLP
2001 K Street NW
Washington, DC 20006
(202) 887-4000
kloveland@akingump.com

*Counsel for Plaintiffs-Appellees-Cross Appellants*

1

## CERTIFICATE OF COMPLIANCE

On behalf of Plaintiffs-Appellees-Cross Appellants, I hereby certify pursuant to Federal Rule of Appellate Procedure 32(g)(1) that the attached brief is proportionally spaced, has a typeface of 14 points or more, and contains 43 words.

Dated:     August 12, 2022

s/ Kristen E. Loveland<br>Kristen E. Loveland

## CERTIFICATE OF SERVICE

I, Kristen E. Loveland, counsel for Plaintiffs-Appellees-Cross Appellants and a member of the Bar of this Court, certify that on August 12, 2022, a copy of the foregoing was filed electronically through the appellate CM/ECF system with the Clerk of the Court. I further certify that all parties required to be served have been served.

s/ Kristen E. Loveland<br>
Kristen E. Loveland